UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

**CALVIN G. GRAY,**

    **Plaintiff,**

v.                                            Case No. 2:09-cv-00302

**WEXFORD HEALTH SOURCES, INC., et al.,**

    **Defendants.**

O R D E R

On March 25, 2009, Plaintiff filed an "Emergency Ex Parte Motion Requesting Emergency Preliminary Injunction Pending Filing of § 1983 Civil Action," and related documents, and this case was opened by the Clerk. On April 2, 2009, Plaintiff submitted a letter advising that the Motion is moot and he does not wish to proceed. Accordingly, it is hereby **ORDERED** that Plaintiff's Motion is denied, and this action is closed as opened in error.

The Clerk is directed to file the letter and to mail a copy of this Order to Plaintiff.

ENTER: April 24, 2009

                                                                   Mary E. Stanley
                                                                   United States Magistrate Judge